**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 11-cr-00406-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MANUEL SANTISTEVAN,
2. DANIEL SHAW, and
3. DUSTIN PFEIFFER,

    Defendant.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED: July __18__, 2012

                                          BY THE COURT:

                                          _____
                                          Christine M. Arguello
                                          United States District Judge