# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 11-cr-00406-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MANUEL SANTISTEVAN,
2.     DANIEL SHAW,
3.     DUSTIN PFEIFFER,

    Defendants.

## ORDER FOR FURTHER BRIEFING REGARDING SENTENCING

This matter is before the Court *sua sponte*. In preparation for the December 6 and 7, 2012 sentencing hearings in this case, the Court questions whether the USSG § 2A3.1(b)(3) enhancement applies to the Defendants, who are prisoners, not correctional officers.

USSG §2A3.1(b)(3)(B) imposes a two-level enhancement under two scenarios: If the victim was

    A)     in the custody, care or supervisory control of the Defendant; or
    B)     a person held in the custody of a correctional facility.

Because the victim was in the custody of a correctional facility, the broad and general language of subparagraph (B) appears to encompass Defendants. However, when subparagraph (B) is read in full context, taking into consideration the clause in

subparagraph (A), it appears to the Court that the two-level enhancement provided for in this provision was intended to be applicable only if the perpetrator of the abuse was a person in control of the victim, *i.e.*, if it had been a correctional officer that committed the assault. The Court researched this issue and could find no case that applied this enhancement in the circumstance where the perpetrators of the assault were other prisoners. Therefore, the Court

ORDERS that the parties shall submit further briefing on the issue of whether the 2A3.1(b)(3))(B) enhancement applies in the context of this case, which involved prisoner-on-prisoner abuse. Such briefing is to be filed **no later than Noon on Wednesday, December 5, 2012**.

DATED: December 3, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge